UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-08679 |
| | ) | |
| KARL H. PAVLIK, and | ) | Chapter 13 |
| BRENDA A. PAVLIK, | ) | |
| Debtor(s). | ) | Hon. Judge: GOLDGAR |

NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: golcall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in their stead at **219 S. Dearborn Street, Chicago, IL 60604**, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Plan**, at which time and place you may appear.

    Judge: GOLDGAR
    Court: 642
    Date:  September 3, 2019
    Time:  10:30 a.m.

PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

| | |
|---|---|
| DATE OF SERVICE: August 12, 2019 | /s/ Michael R. Colter, II |
| | Michael R. Colter, II, A.R.D.C. #6304675 |

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Karl H. Pavlik
Brenda A. Pavlik
6521 E. University Blvd. #109
Mesa, AZ 85205

Credit Acceptance Corporation
25505 W. 12 Mile Rd., #3000
Southfield, MI 48034

Jefferson Capital Systems, LLC
P.O. Box 7999
St. Cloud, MN 56302

Midland Funding, LLC
PO Box 2011
Warren, MI 48090

Bridgecrest Credit Company, LLC
P.O. Box 29018
Phoenix, AZ 85038

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
P.O. Box 7999
Saint Cloud, MN 56302-9617

AT&T Mobility II LLC
Karen A. Cavagnaro
One AT&T Way, Suite 3A104
Bedminster, NJ 07921

Verizon
American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Ford Motor Credit Company LLC
C/O Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090

US Department of Education
P O Box 16448
St Paul, MN 55116-0448

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | ) | 18-08679 |
| --- | --- | --- |
| | ) | |
| KARL H. PAVLIK, and | ) | Chapter 13 |
| BRENDA A. PAVLIK, | ) | |
| Debtor(s). | ) | Hon. Judge: GOLDGAR |

## MOTION TO MODIFY PLAN

NOW COME the Debtors, KARL H. PAVLIK and BRENDA A. PAVLIK, by and through their attorneys, DAVID M. SIEGEL & ASSOC., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC on March 26, 2018, and Marilyn O. Marshall was appointed Trustee in the case.

3) The Plan was confirmed on June 12, 2018, with tax refund language allowing the Debtors to retain the first $1,200.00, of their tax refund. The confirmed plan requires payments of $100.00, for the first 46 months, increasing to $514.00, in February 2022.

4) The Debtors' tax refund for 2018 was $2,682.00, leaving Debtors to turn over $1,482.00, to Trustee Marilyn O. Marshall.

5) Debtors used their entire refund on moving expenses when they moved from Justice, Illinois to Mesa, Arizona.

6) Debtors seek to modify their plan under § 1329 to defer their current default to the end of the plan. Debtors also seek to modify their plan to increase the payment to $140.00, until

February 2022, when the payments increase to $514.00, per month. General unsecured creditors will continue to receive no less than 10% of allowed claims.

7) Debtors seek this modification with no intent to defraud their creditors.

WHEREFORE, the Debtors, KARL H. PAVLIK and BRENDA A. PAVLIK, pray that this Honorable Court enter an Order Modifying Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100