# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION CHICAGO

| | |
|---|---|
| In Re: | Case No. 18-08679 |
| Karl H. Pavlik<br>Brenda A. Pavlik | Chapter 13 |
| Debtor(s). | Hon. Judge A. Benjamin Goldgar |

### NOTICE OF MOTION OF BRIDGECREST CREDIT COMPANY, LLC AN AFFILIATED COMPANY OF BRIDGECREST ACCEPTANCE CORP TO MODIFY AUTOMATIC STAY

**VIA ELECTRONIC NOTICE:**

    Marilyn O Marshall, Trustee, courtdocs@chi13.com

    David M Siegel, Debtors' Counsel, davidsiegelbk@gmail.com

**VIA U.S. MAIL:**

    Karl H. Pavlik, Debtor
    6521 E University Blvd #109
    Mesa, AZ 85205

    Brenda A. Pavlik, Debtor
    6521 E University Blvd #109
    Mesa, AZ 85205

PLEASE TAKE NOTICE that on August 20, 2019, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Motion of Bridgecrest Credit Company, LLC an affiliated company of Bridgecrest Acceptance Corp to Modify Automatic Stay, a copy of which is hereto attached.

Please take notice that on September 03, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, in Courtroom 642 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Motion of Bridgecrest Credit Company, LLC an affiliated company of Bridgecrest Acceptance Corp to Modify Automatic Stay,* which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Dated: August 20, 2019                                  Respectfully Submitted,

                                                        /s/ Jon J. Lieberman
                                                        Jon J. Lieberman (OH 0058394)
                                                        Sottile & Barile, Attorneys at Law
                                                        394 Wards Corner Road, Suite 180
                                                        Loveland, OH 45140
                                                        Phone: 513.444.4100
                                                        Email: bankruptcy@sottileandbarile.com
                                                        Attorney for Movant

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on August 20, 2019, before the hour of 5:00 p.m.

                                                        /s/ Jon J. Lieberman
                                                        Jon J. Lieberman (OH 0058394)
                                                        Attorney for Movant

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION CHICAGO

| | |
|---|---|
| In Re: | Case No. 18-08679 |
| Karl H. Pavlik<br>Brenda A. Pavlik | Chapter 13 |
| Debtor(s). | Hon. Judge A. Benjamin Goldgar |

## MOTION OF BRIDGECREST CREDIT COMPANY, LLC AN AFFILIATED COMPANY OF BRIDGECREST ACCEPTANCE CORP TO MODIFY AUTOMATIC STAY

Bridgecrest Credit Company, LLC an affiliated company of Bridgecrest Acceptance Corp (hereinafter, "Movant"), a secured creditor herein, by its attorneys, the law firm of Sottile & Barile, LLC, respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, and such other Sections and Rules as may apply, to enter an Order modifying the automatic stay to allow Movant to obtain possession of its secured collateral. In support thereof, Movant states as follows:

1. On March 26, 2018, Debtors, Karl H. Pavlik and Brenda A. Pavlik ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code.

2. Movant is a creditor of the Debtors with respect to a certain indebtedness secured by a lien upon a 2014 NISSAN VERSA NOTE motor vehicle bearing a Vehicle Identification Number ("VIN") of 3N1CE2CP0EL351491 (the "Vehicle"). (Ex. "A").

3. As set forth in the Retail Installment Contract (the "Contract") attached as part of Exhibit "A", Debtor, Karl H. Pavlik, was required to tender bi-weekly payments to Movant, each in the sum of $207.27 with an interest rate of 23.084%. (Ex. "A").

4. Debtor has failed to make required payments to Movant due on and after May 03, 2019, resulting in a default and a total outstanding balance due to Movant from Debtor in the sum of $12,258.51. Debtors' Amended Chapter 13 plan states that the Debtors will make direct payments to Creditor.

5. As such, Movant seeks relief from the automatic stay so that it may take possession of and sell the Vehicle and apply the proceeds from such sale to the balance due from Debtor.

6. Debtor has not offered, and Movant is not receiving, adequate protection for its secured interest or depreciating value.

7. Debtor has no equity in the Vehicle, and the Vehicle is not necessary to an effective reorganization by the Debtor. The value of the vehicle per NADA is $6,675.00. Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the Vehicle and asserting its security interest therein.

8. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion

**WHEREFORE**, Movant respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay provided by Section 362 of the Bankruptcy Code to permit Movant to take immediate possession of and assert its security interest in the 2014 NISSAN VERSA NOTE motor vehicle bearing a Vehicle Identification Number ("VIN") of 3N1CE2CP0EL351491;

waiving the 14-day stay provided for in Bankruptcy Rule 4001(a)(3); and, for such other, further and different relief as this Court deems just and proper.

Dated: August 20, 2019                              Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant