## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Karl Pavlik & | ) | Case No. 18-08679 |
| Brenda Pavlik | ) | |
| Debtor(s). | ) | Judge Goldgar |

### NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Marilyn Marshall, Ch. 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other
Judge presiding in her / his stead at 219 South Dearborn Street, Chicago, IL 60604, and present
the attached **Motion to Incur Debt** at which time and place you may appear.

| | |
|---|---|
| JUDGE: | Goldgar |
| ROOM: | 642 |
| DATE: | November 12th, 2019 |
| TIME: | 9:30 AM |

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office,
Wheeling, Illinois, 60090, with sufficient postage prepaid on or before October 29, 2019, at
5:30pm, or served electronically by the bankruptcy court, under oath and under all penalties of
perjury.

/s/ Alexander Preber
Alexander Preber,
A.R.D.C. #6324520

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

## Service List

The following entities were served by first-class U.S. mail, postage pre-paid:

Karl H. Pavlik
Brenda A. Pavlik
6521 E. University Blvd. #109
Mesa, AZ 85205

Credit Acceptance Corporation
25505 W. 12 Mile Rd., #3000
Southfield, MI 48034

Jefferson Capital Systems, LLC
P.O. Box 7999
St. Cloud, MN 56302

Midland Funding, LLC
PO Box 2011
Warren, MI 48090

Bridgecrest Credit Company, LLC
P.O. Box 29018
Phoenix, AZ 85038

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
P.O. Box 7999
Saint Cloud, MN 56302-9617

AT&T Mobility II LLC
Karen A. Cavagnaro
One AT&T Way, Suite 3A104
Bedminster, NJ 07921

Verizon
American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Ford Motor Credit Company LLC
C/O Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090

US Department of Education
P O Box 16448
St Paul, MN 55116-0448

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Karl Pavlik & | ) | Case No. 18-08679 |
| Brenda Pavlik | ) | |
| Debtor(s). | ) | Judge Goldgar |

## MOTION TO INCUR DEBT

NOW COMES, the Debtor, KARL & BRENDA PAVLIK, by and through their

attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support

thereof states as follows:

1)     Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2)     On March 26, 2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13
under Title 11 USC.  Marilyn Marshall was appointed Trustee in this case.

3)     The Debtor's Chapter 13 plan currently provides for payments of $350.00 per month.
General Unsecured Creditors are to be paid 10% of their allowed claims.

4)     At the time of filing, the Debtors did own a 2014 Nissan Versa, which was being paid
outside the bankruptcy.  This car is in need of extensive repairs including a new
transmission, repairs that are outside the debtor's ability to pay for.

5)     The Debtors have only the one car, with it not working, they have been paying for taxis /
rideshares on a daily basis.

6)     The Debtors seek a vehicle and have received a quote for a 2017 Chevrolet Trax.  The
amount financed as stated on the quote would be $16,548.53, financed at 19.95% interest,
with monthly payments of $399 per month for 72 months.  See Exhibit A.

7)     The Debtor is able to afford this vehicle after adjustments to their monthly expenses.

8)    The Debtor requests that the court enter and order allowing the debtor to purchase this

vehicle, or a similar vehicle.  The Debtor brings this motion in good faith with the

intention of completing his plan.

WHEREFORE, the Debtor, KARL & BRENDA PAVLIK, prays that this Honorable

Court grant an order allowing the Debtor to incur debt, and for any further relief deemed proper.

Respectfully Submitted,

/s/ Alexander Preber
Alexander Preber, A.R.D.C. #6324520
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

EXHIBT A

6136 E Auto Loop Ave

| PURCHASER'S NAME | | | DATE | | | TO Earnhardt Toyota (HEREINAFTER REFERRED TO AS "DEALER") |
|---|---|---|---|---|---|---|
| Karl Pavlik | | | 10/25/2019 | | | RETAIL ORDER FOR A MOTOR VEHICLE PLEASE ENTER MY ORDER FOR THE FOLLOWING. |

**STREET ADDRESS**
6532 E University Drive

| CITY | STATE | ZIP | PLATE # | | TAB # | | DATE TAB EXPIRES |
|---|---|---|---|---|---|---|---|
| Mesa | AZ | 85205 | | | | | |

| RES. PHONE | BUS. PHONE | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| (773)766-9119 | (773)766-9119 | Chevrolet | Trax | 4d SUV FWD LT |

| E-MAIL ADDRESS | VEHICLE IDENTIFICATION NUMBER | YEAR |
|---|---|---|
| karlheinzpav0@gmail.com | 3GNCJLSB2HL139935 | 2017 |

| | NEW OR USED | ENGINE SIZE | TRANSMISSION |
|---|---|---|---|
| | Used | | |

## VEHICLE TRADE-IN

| MAKE | MODEL | BODY STYLE | STOCK CH90308A | COLOR SILVER | MILEAGE 36501 |
|---|---|---|---|---|---|

| VEHICLE IDENTIFICATION NUMBER | | YEAR | CURRENTLY EQUIPPED AS FOLLOWS: |
|---|---|---|---|

| MILEAGE 0 | ENGINE SIZE | TRANSMISSION |
|---|---|---|

THIS IS A GENERIC UNIT, RATE'S VARY AND CAN BE LOWER. CUSTOMER STATING BETWEEN $400-$500 MONTH

| TAB NO. | VEHICLE TRADE-IN | DATE TAB EXPIRES |
|---|---|---|
| MAKE | MODEL | BODY STYLE |

| VEHICLE IDENTIFICATION NUMBER | | YEAR |
|---|---|---|

| MILEAGE 0 | ENGINE SIZE | TRANSMISSION |
|---|---|---|

| CASH PRICE | 14500.00 |
|---|---|
| LUXURY TAX | N/A |

1

| SALES TAX | 1203.50 |
|---|---|

2

| TITLE FEE | 0.00 |
|---|---|

3

ATTN. ALEX PREBER

| VEHICLE THEFT REGISTRATION | 0.00 |
|---|---|

**BUYER**

| LICENSE AND REGISTRATION FEE | 356.00 |
|---|---|

**BUYER**

| DEALER DOCUMENTARY AND ADMINISTRATIVE FEE | 489.00 |
|---|---|
| 1. TOTAL CASH PRICE DELIVERED | 16548.50 |

| 2. CASH DOWN PAYMENT | REBATE | 0.00 | |
|---|---|---|---|
| | CASH DOWN PAYMENT | 0.00 | 0.00 |

YOUR PAYMENT HAS BEEN
ESTIMATED AT *398* TO *399* FOR

| 3. TRADE IN ALLOWANCE | 0.00 | |
|---|---|---|
| BALANCE OWING TO | 0.00 | 0.00 |

*72* MONTHS UTILIZING AN

| 4. TOTAL DOWN PAYMENT (2+3) | 0.00 |
|---|---|

ESTIMATED RATE OF *19.95* %

| 5. CASH BALANCE DUE ON DELIVERY | 16548.50 |
|---|---|
| 6. OTHER CHARGES | |
| SERVICE CONTRACT | |
| | 0.00 |

| VEH. SECURITY SYSTEM | 0.00 |
|---|---|

| X _____ | 10/25/2019 |
|---|---|
| PURCHASER'S SIGNATURE | DATE |

| PAINT PROTECTION | 0.00 |
|---|---|
| GAP | 0.00 |

| X _____ | 10/26/2019 |
|---|---|
| PURCHASER'S SIGNATURE | DATE |

* All rates, terms, and payments are subject to credit approval.

| TOTAL | 16548.50 |
|---|---|