UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-08679
Karl Pavlik )
& )
Brenda Pavlik ) Chapter: 13
) Honorable A. Benjamin Goldgar
)
Debtor(s) )

## ORDER ~~ON~~ GRANTING DEBTOR'S MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtors are granted leave to obtain financing for a vehicle in the amount of up to $17,000.00, with financing of up to 19.99% interest, with monthly payments of up to $400.00 per month for a 2017 Chevrolet Trax or similar vehicle.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 1 2 NOV 2019

**Prepared by:**
Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100