# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Karl H Pavlik | ) | Chapter 13 |
| Brenda A Pavlik | ) | Case No. 18 B 08679 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Karl H Pavlik  
Brenda A Pavlik  
6521 E University Blvd #109  
Mesa, AZ  85205

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On December 10, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 642  
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, November 27, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On March 26, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on June 12, 2018, for a term of 50 months with payments of $350.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 20 | $2,540.00 | $1,840.00 | $700.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 11/26/2019  
Due Each Month: $350.00  
Next Pymt Due: 12/25/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 06/13/2018 | 1393343 | $100.00 | 06/25/2018 | 1393365 | $100.00 |
| 07/13/2018 | 1393386 | $100.00 | 08/21/2018 | 1429937 | $100.00 |
| 12/14/2018 | 1648611 | $400.00 | 02/19/2019 | 1693574 | $100.00 |
| 02/27/2019 | 1693809 | $100.00 | 03/26/2019 | 1694068 | $100.00 |
| 05/06/2019 | 1743145 | $100.00 | 05/23/2019 | 1743254 | $100.00 |
| 06/13/2019 | 1760362 | $100.00 | 09/30/2019 | 603104689 | $340.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE